CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONNA J. HOCKMAN,<br>    Petitioner, | Civil Action No. 7:13-cv-00240 |
| v. | **FINAL ORDER** |
| PHYLLIS BASKERVILLE,<br>    Respondent. | By:  Hon. Michael F. Urbanski<br>       United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that Petitioner's motion to stay is **DENIED**; Respondent's motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; all pending motions are **DENIED as moot**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This __30th__ day of January, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge